THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(1), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Anthony Drake Pendergrass,       
Appellant.
 
 
 

Appeal From Chester County
Paul E. Short, Jr., Circuit Court Judge

Unpublished Opinion No. 2004-UP-642
Submitted December 1, 2004  Filed December 20, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and John R. Justice, of Chester, for Respondent.
 
 
 

PER CURIAM: Anthony Drake Pendergrass appeals 
 his conviction for trafficking cocaine, arguing the trial court erred by failing 
 to suppress evidence that was the fruit of an unlawful search.  Pendergrasss 
 counsel attached to the final brief a petition to be relieved as counsel, stating 
 she had reviewed the record and concluded this appeal lacks merit.  Pendergrass 
 filed a separate pro se brief, arguing his constitutional right to confront 
 witnesses was violated when the trial court tried him in absentia.  Pendergrass 
 further argued the trial court violated his right to competent counsel when 
 it denied his attorneys request for a continuance, or in the alternative, to 
 withdraw as counsel because he had not been able to adequately discuss the case 
 with Pendergrass.  After a thorough review of the record and counsels brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] the appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J. and GOOLSBY and WILLIAMS, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.